FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

September 14, 2022

No. 04-22-00471-CV

**IN THE INTEREST OF N.N.M., J.J.C JR. A/K/A J.J.S.-M.**, Children

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-PA-00916
Honorable Kimberly Burley, Judge Presiding

# O R D E R

On August 1, 2022, appellant filed a notice of appeal stating her intent to appeal an "order of termination or conservatorship . . . signed on July 27, 2022 by the Honorable Associate Judge Kimberly Burley." Because the clerk's record did not contain an order terminating appellant's parental rights, this court ordered appellant to show cause in writing why this appeal should not be dismissed for lack of jurisdiction. All other appellate deadlines were held in abeyance pending further order of this court.

On September 6, 2022, a supplemental clerk's record was filed containing a written, signed Order of Termination, rendered on May 4, 2022, and ministerially signed on July 27, 2022.

This appeal is REINSTATED on the court's docket. Appellant is ORDERED to file her brief **no later than September 26, 2022**.

It is so **ORDERED** on September 14, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT